# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Uriel Gonzalez-Perez**<br>DOB: 1986; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>17-07370MJ |

Complaint for violation of Title 18, United States Code § 554

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 8, 2017, at or near Douglas, in the District of Arizona, **Uriel Gonzalez-Perez**, did fraudulently and knowingly attempt to export and send from the United States into the Republic of Mexico, any merchandise, article, and object, that is approximately 500 pieces of .50 caliber Browning Machine Gun links, which is contrary to the laws and regulations of the United States, to wit: 22 U.S.C. 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1, and did receive, conceal, buy, sell and did in any manner facilitate the transportation, concealment, and sale of such merchandise, article and object, that is, said ammunition, prior to exportation, knowing the same to be intended for exportation, which is contrary to the laws and regulations of the United States; all in violation of Title 18 United States Code, Section 554.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 8, 2017, at approximately 3:30 p.m., Uriel GONZALEZ-Perez approached the outbound inspection area at the Douglas Port of Entry (POE). GONZALEZ was the sole occupant and registered owner of a blue Chevrolet pick-up truck bearing an Arizona license plate. At the last point of inspection, before GONZALEZ entered the country of Mexico, Customs and Border Protection officers (CBPO) asked GONZALEZ if he had anything to declare. The CBPO's specifically asked if he was leaving the country with any weapons, ammunition or monetary instruments. GONZALEZ replied no. CBPO's asked GONZALEZ to pull into the secondary inspection area and asked him to step out of the vehicle. In the secondary inspection area GONZALEZ was again asked if he had anything to declare. GONZALEZ replied, "No guns, no money, nothing." CBPOs inspected the rear bed of the truck and found four packages each containing 100, .50 caliber Browning Machine Gun (BMG) links hidden underneath the factory bed liner of the bed of the truck. Inside the passenger compartment of the vehicle, CBPOs found an additional package containing 100, .50 caliber BMG links inside a tool bag. The total amount of .50 caliber BMG links seized was 500 pieces.

HSI Special Agents (SA) had set up surveillance on GONZALEZ's residence on 12/08/2017 and observed FedEx deliver the package to GONZALEZ. GONZALEZ took the package, opened it and removed the five black bags containing the .50 caliber BMG links. GONZALEZ then drove to a secluded car wash and moved the five black bags to hidden compartments around his vehicle. GONZALEZ then drove towards the Douglas POE and attempted to make entry into Mexico.

After waiving his *Miranda* rights, GONZALEZ stated that he purchased the weapons parts on an internet munitions store. GONZALEZ explained that he received the package on 12/07/2017, when in-fact he received the package on 12/08/2017. GONZALEZ stared that he purposely hid the BGM links to avoid detection by US and Mexican authorities. The .50 caliber BMG links are on the United States Munitions List (USML) and are prohibited from being exported without expressed permissions. GONZALEZ explained that he does not have a license or permission to export these items from the Department of State. This was confirmed with the Department of State.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Erica Seger<br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME: |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE Eric M. Rateau | DATE<br>December 11, 2017 |

1) See Federal rules of Criminal Procedure Rules 3 and 54