ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ERICA L. SEGER
Assistant U.S. Attorney
Arizona State Bar No. 022681
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Erica.seger@usdoj.gov
Attorneys for Plaintiff

**FILED**
2018 JAN -3 AM 11: 55
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

JAS(EJM)

CR18-0033TUC

| United States of America, | INDICTMENT |
|---|---|
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. § 554 (Smuggling Goods From the United States) Count 1 |
| Uriel Gonzalez-Perez, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about December 8, 2017, at or near Douglas, in the District of Arizona, URIEL GONZALEZ-PEREZ, did fraudulently and knowingly attempt to export and send from the United States into the Republic of Mexico, any merchandise, article, and object, that is, that is approximately 500 pieces of .50 caliber Browning Machine Gun links, which is contrary to the laws and regulations of the United States, to wit: Title 22, United States Code, Section 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1, and did receive, conceal, buy, sell and did in any manner facilitate the transportation, concealment, and sale of such merchandise, article, and object, that is, said 500 pieces of .50 caliber Browning Machine Gun links prior to exportation, knowing

the same to be intended for exportation, which is contrary to the laws and regulations of the United States;

All in violation of Title 18, United States Code, Section 554.

A TRUE BILL

/s/
_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/s/
_____
Assistant U.S. Attorney

Dated: January 3, 2018

REDACTED FOR
PUBLIC DISCLOSURE